### WILLIAMS vs. CHEW.

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. The defendant, collector of the United

An appeal suspends all proceedings before the judge *a quo*.

6NS 463
113 574

Eastern Dis. States for the port of New-Orleans, having re-
*february* 1828 ceived a sum of money from the marshal, as
WILLIAMS his portion of the proceeds of the sale of sundry
*vs.*
CHEW. goods of the plaintiff 's, condemned in the dis-

Whether trict court of the U.S. for a breach of the reve-
appeals or
writs of er-nue laws, is sued, in an action for money had
ror, by the
U.S. do not and received, the decree of condemnation ha-
in every case
suspend exe-ving been reversed in the supreme court of the
cutions?
*Quere.* United States.

The answer admits the seizure, condemna-
tion and reversal of the judge of the district
court, but avers that the supreme court sent
back the case to the district court for an amend-
ment of the pleadings and further proceedings
on which the plaintiff had judgment, but an ap-
peal was taken by the U. S. and is still unde-
termined and pending in the supreme court of
the United States.

The court below gave judgment of nonsuit,
being of opinion that the suit was prematurely
brought, the appeal leaving the case and all the
orders taken in it, in the state in which they
were before the judgment.    That the judgment
being in abeyance by the appeal, every thing
is suspended thereby, except the execution,
which the plaintiff is at liberty by statute to take.

We concur in the opinion expressed by the

judge *a quo*, except as to the right of the plain-tiff to take execution, on which we express no<br>opinion, the case not requiring one. It is true, <br>in ordinary cases, appeals or writs of error do not prevent execution to issue when the appellant or plaintiff in error does not give a bond with sureties. Perhaps the U. S. enjoy an exception to the general rule, they pay no costs or damages, consequently give no security; and their appeal or writ of error perhaps suspends the execution in every case.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Hennen* and *Pierce* for the plaintiff, *Smith* for the defendant.